# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee/Cross-Appellant,

v

BRANDON JAMES HARBISON,

        Defendant-Appellant/Cross-
        Appellee.

UNPUBLISHED
January 26, 2017

No. 326105
Allegan Circuit Court
LC No. 13-018686-FC

Before: MURPHY, P.J., and METER and RONAYNE KRAUSE, JJ.

RONAYNE KRAUSE, J., (*concurring*).

    I concur in result only.

                                    /s/ Amy Ronayne Krause

-1-